# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jeff Glover,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>C/O Brown, et al.,<br><br>　　　Defendant(s). | Case No. 2:24-cv-00596-JAD-NJK<br><br>**ORDER**<br>[Docket No. 17] |

Pending before the Court is Plaintiff's motion to issue and serve summonses on Defendants Canute Brown and Jesus Ruiz. Docket No. 17.[1]

In the order screening the amended complaint, the Court determined that claims could proceed against Defendants Canute Brown and Jesus Ruiz. *See* Docket No. 7 at 14. The Attorney General's Office was ordered to "file a notice advising the Court and Plaintiff of: (a) the names of the defendants for whom it accepts service; (b) the names of the defendants for whom it does not accept service, and (c) the names of the defendants for whom it is filing the last-known-address information under seal." Docket No. 11 at 2. The Attorney General's Office indicated that it would not accept service for Defendants Canute Brown and Jesus Ruiz, and provided their last known addresses under seal. Docket Nos. 14, 15.

Plaintiff's motion for issuance of summonses and service on Defendants Canute Brown and Jesus Ruiz is **GRANTED**. The U.S. Marshal shall serve Defendants Canute Brown and Jesus Ruiz. The Court therefore **ORDERS** as follows:

- The Clerk's Office is instructed to send Plaintiff two blank copies of the USM-285 form.

---

[1] The Court liberally construes the filings of *pro se* litigants, particularly those who are prisoners bringing civil rights claims. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

1

- Plaintiff shall have twenty days in which to furnish the U.S. Marshal with the required USM-285 form (with the addresses for Defendants Canute Brown and Jesus Ruiz omitted).

- The Clerk's Office shall issue summonses to Defendants Canute Brown and Jesus Ruiz under seal, and deliver the summonses and the amended complaint (Docket No. 6) to the U.S. Marshal for service.

- Within twenty days after receiving from the U.S. Marshal a copy of the Form USM-285, showing whether service has been accomplished, Plaintiff must file a notice identifying whether Defendants Canute Brown and Jesus Ruiz were served. If service was unsuccessful and Plaintiff wishes to have service attempted again, a motion must be filed identifying the unserved defendant and specifying a detailed name and/or address for said defendant, or whether some other manner of service should be attempted.

- The addresses for Defendants Canute Brown and Jesus Ruiz must remain sealed and shall not be provided to Plaintiff.

IT IS SO ORDERED.

Dated: October 7, 2025

_____
Nancy J. Koppe
United States Magistrate Judge