# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Jeff Glover,

    Plaintiff(s),

v.

Canute C. Brown, et al.,

    Defendant(s).

Case No. 2:24-cv-00596-JAD-NJK

**ORDER**

[Docket No. 13]

Pending before the Court is Plaintiff's motion for leave to file a second amended complaint. Docket No. 13; *see also* Docket No. 12 (second amended complaint).[1]

Rule 15(a) provides that "[t]he court should freely give leave [to amend] when justice so requires," and there is a strong public policy in favor of permitting amendment. *Bowles v. Reade*, 198 F.3d 752, 757 (9th Cir. 1999). Rule 15(a) is to be applied with "extreme liberality." *Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1051 (9th Cir. 2003) (*per curiam*). Under Rule 15(a), courts consider various factors, including: (1) bad faith; (2) undue delay; (3) prejudice to the opposing party; (4) futility of the amendment; and (5) whether the plaintiff has previously amended the complaint. *See id.* at 1052.

Plaintiff here seeks to correct the name of Defendant Brown, and to substitute Joshua Lewis in the place of Defendant Swedias. Docket No. 13 at 2. Plaintiff represents that these are the only changes to the complaint. *Id.* Given the standards above, the Court finds that amendment is warranted.

Accordingly, the Court **GRANTS** Plaintiff's motion for leave to file a second amended complaint. The Attorney General's Office has already indicated that it does not accept service for Defendant Brown. *See* Docket No. 14 at 2. The Attorney General's Office must file a notice, no later than October 31, 2025, whether it accepts service on behalf of Defendant Lewis. If not, the

---

[1] The Court liberally construes the filings of *pro se* litigants. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

1

Attorney General's Office must file under seal the last known address for Lewis[2] and Plaintiff must file a motion seeking issuance of a summons and for service consistent with the Court's prior order. *See* Docket No. 11 at 2. If the Attorney General's Office accepts service for Lewis, his response to the second amended complaint must be filed by December 15, 2025.

IT IS SO ORDERED.

Dated: October 16, 2025

                                                                     Nancy J. Koppe
                                                                     United States Magistrate Judge

---

[2] If the last known address of the defendant(s) is a post office box, the Attorney General's Office shall attempt to obtain and provide the last known physical address(es).