# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jeff Glover, | Case No. 2:24-cv-00596-JAD-NJK |
| Plaintiff(s), | **ORDER** |
| v. | [Docket No. 26] |
| C/O Canute C. Brown, et al., | |
| Defendant(s). | |

Summonses were returned unexecuted as to Defendants Brown and Ruiz. Docket Nos. 22, 23. Pending before the Court is Plaintiff's motion to extend the time for service and to obtain judicial assistance to effectuate service. Docket No. 26.[1]

With respect to the motion to extend time, good cause exists for that relief. *See* Fed. R. Civ. P. 4(m). As such, the deadline to effectuate service will be extended.

With the respect to the request for judicial assistance, Plaintiff asks the Court whether there is another process to find and serve these Defendants. *See* Docket No. 26 at 2. While the filings of *pro se* prisoners are entitled to liberal treatment, the Court does not act as their attorney or paralegal. *Pliler v. Ford*, 542 U.S. 225, 231 (2004). Ultimately, it is the plaintiff's responsibility to effectuate service by providing the defendants' proper addresses. *Bivins v. Ryan*, Case No. CV-12-1097-PHX-ROS (LOA), 2013 WL 2004462, at *3 (D. Ariz. May 13, 2013); *see also, e.g.*, *Gibbs v. Fey*, Case No. 2:15-cv-01958-GMN-NJK, 2017 WL 8131473, at *3 (D. Nev. Nov. 14, 2017), *objections overruled*, 2018 WL 1157544 (D. Nev. Mar. 2, 2018), *recon. denied*, 2019 WL 13249692 (D. Nev. Mar. 15, 2019). "If service was unsuccessful and Plaintiff wishes to have service attempted again, a motion must be filed identifying the unserved defendant and specifying

---

[1] The Court liberally construes the filings of *pro se* litigants, particularly those who are prisoners bringing civil rights claims. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

1

a detailed name and/or address for said defendant, or whether some other manner of service should be attempted." Docket No. 18 at 2. As such, the Court will deny the request for assistance in locating defendants or discerning alternative service means.

Accordingly, Plaintiff's motion is **GRANTED** in part and **DENIED** in part. The deadline to effectuate service is **EXTENDED** to January 7, 2026. If Plaintiff wishes to have service attempted again, a motion must be filed identifying the unserved defendant and specifying a detailed name and/or address for said defendant, or whether some other manner of service should be attempted.

IT IS SO ORDERED.

Dated: November 14, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

2