# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Jeff Glover,

    Plaintiff(s),

v.

C/O Canute C. Brown, et al.,

    Defendant(s).

Case No. 2:24-cv-00596-JAD-NJK

**ORDER**

[Docket No. 33]

Pending before the Court is Plaintiff's motion to extend the discovery cutoff. Docket No. 33. Plaintiff represents therein that he served discovery on Defendants but has not received a response. Defendants did not respond to the motion. Defendants must file a response to the motion by March 5, 2026, explaining when the identified discovery was served and why no response has been provided.

IT IS SO ORDERED.

Dated: February 26, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1