# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Jeff Glover,

     Plaintiff(s),

v.

C/O Canute C. Brown, et al.,

     Defendant(s).

Case No. 2:24-cv-00596-JAD-NJK

**Order**

[Docket No. 44]

Pending before the Court are Plaintiff's certificates of service for requests for admission and requests for documents. Docket No. 44. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. *See, e.g.*, Local Rule 26-7; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: March 31, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1