**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Jeff Glover, | Case No. 2:24-cv-00596-JAD-NJK |
| Plaintiff(s), | **ORDER** |
| v. | [Docket No. 46] |
| C/O Canute C. Brown, et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion to extend the discovery cutoff. Docket No. 46. Defendants have belatedly explained that they do not oppose the extension being sought. Docket No. 48. Defendants' response rests on assertions by counsel that Plaintiff did not receive discovery as previously indicated "despite all discovery responses, as well as nearly 400 pages of documents from initial disclosures, hav[ing] been sent to Plaintiff." *See id.* at 1. Hence, although not entirely clear, Defendants' position appears to be that mail sent from the Nevada Attorney General's Office failed to make its way to a prisoner in the custody of the Nevada Department of Corrections. Particularly given the history of this case, *see, e.g.*, Docket No. 39 at 1 (addressing previous assertion by the defense of "inadvertent oversight" in failing to provide discovery), the Court requires further information on this issue, *cf. Comstock v. Humphries*, 786 F.3d 701, 709 (9th Cir. 20150 ("arguments in briefs are not evidence"). No later than May 18, 2026, Defendants must file a declaration conforming to 28 U.S.C. § 1746 from someone with personal knowledge identifying the dates and circumstances in which the missing discovery was apparently served on Plaintiff. By that deadline, Defendants must also file as exhibits (1) the proof of service for the missing discovery and (2) any cover letter that accompanied the missing discovery.

IT IS SO ORDERED.

Dated: May 11, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1