**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Jeff Glover,

      Plaintiff(s),

v.

C/O Canute C. Brown, et al.,

      Defendant(s).

Case No. 2:24-cv-00596-JAD-NJK

**Order**

[Docket No. 46]

Pending before the Court is Plaintiff's motion to extend the discovery cutoff. Docket No. 46.[1] Defendants agree that discovery should be extended to provide Plaintiff with more time to rectify discovery issues. Docket No. 48. For good cause shown, the Court will extend the discovery cutoff for Plaintiff <u>only</u>. Accordingly, the Court **GRANTS** Plaintiff's motion to extend the discovery cutoff and **RESETS** case management deadlines as follows:

- Defense discovery cutoff: closed

- Plaintiff's discovery cutoff: July 10, 2026

- Discovery motions: July 24, 2026

- Dispositive motions: August 10, 2026

- Joint proposed pretrial order: September 9, 2026, or 30 days after resolution of dispositive motions

Lastly, the Court has concerns as to the accuracy of counsel's assertions to the Court. Most obviously, counsel indicated that initial disclosures and discovery responses "have been sent <u>to Plaintiff</u>," Docket No. 48 at 1 (emphasis added), but counsel indicates now that significant portions of the discovery have been sent <u>to the warden</u> and are accessible to Plaintiff only through kiting, *see* Docket No. 52. Those are two different scenarios. Counsel must ensure moving forward that

---

[1] The Court liberally construes the filings of *pro se* litigants, particularly those who are prisoners bringing civil rights claims. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

1

her filings are accurate. Given that this access issue appears to now be raised in a pending motion to compel, Docket No. 51, the Court otherwise expresses no opinion herein as to the parties' dispute.

IT IS SO ORDERED.

Dated: May 19, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

2