**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Jeff Glover,<br>Plaintiff(s),<br>v.<br>C/O Canute C. Brown, et al.,<br>Defendant(s). | Case No. 2:24-cv-00596-JAD-NJK<br>**Order**<br>[Docket No. 58] |

Pending before the Court is Plaintiff's motion to extend the discovery cutoff. Docket No. 58.[1] No response was filed.

Plaintiff argues among other things that he has encountered logistical difficulties in reviewing some discovery material. While good cause exists for an extension, the Court is not persuaded that the circumstances justify an additional two months of discovery, particularly since discovery has been open for many months. *See* Docket No. 25 (scheduling order issued on November 12, 2026). In considering the circumstances presented, the Court will allow a <u>final</u> extension of 30 days. The Court is not inclined to extend these case management deadlines further, so Plaintiff must take all reasonable steps to get discovery completed in accordance with this order.

Accordingly, the Court **GRANTS** in part and **DENIES** in part Plaintiff's motion to extend the discovery cutoff. The Court **RESETS** case management deadlines as follows:

- Defense discovery cutoff: closed
- Plaintiff's discovery cutoff: August 10, 2026
- Discovery motions: August 24, 2026
- Dispositive motions: September 9, 2026

[1] The Court liberally construes the filings of *pro se* litigants, particularly those who are prisoners bringing civil rights claims. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

- Joint proposed pretrial order: October 9, 2026, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: July 17, 2026

Nancy J. Koppe
United States Magistrate Judge