**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Jeff Glover,

Plaintiff(s),

v.

C/O Canute C. Brown, et al.,

Defendant(s).

Case No. 2:24-cv-00596-JAD-NJK

**ORDER**

[Docket No. 67]

Pending before the Court is Plaintiff's motion to extend the discovery cutoff by 60 days. Docket No. 67.[1] The Court does not generally extend discovery deadlines based on a *contention* that an opposing party has failed to comply with its discovery obligations because that underlying issue is more properly resolved through the filing of a motion to compel. Accordingly, Plaintiff's motion to extend is **DENIED** without prejudice. If Plaintiff is unable to resolve a discovery dispute through the meet-and-confer process,[2] he must file a motion to compel in compliance with the governing rules.

IT IS SO ORDERED.

Dated: August 6, 2026

Nancy J. Koppe
United States Magistrate Judge

[1] The Court liberally construes the filings of *pro se* litigants, particularly those who are prisoners bringing civil rights claims. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

[2] The pending motion references new prison regulations that Plaintiff contends impede telephonic conferrals. *See* Docket No. 67 at 2. The Court reminds Plaintiff that written conferral efforts may be sufficient for *pro se* prisoners. *See* Local Rule IA 1-3(f)(1).