**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Jeff Glover,

Plaintiff(s),

v.

C/O Canute C. Brown, et al.,

Defendant(s).

Case No. 2:24-cv-00596-JAD-NJK

**Order**

[Docket No. 72]

Pending before the Court is Plaintiff's motion to extend the discovery cutoff to October 11, 2026. Docket No. 72.[1] Any response must be filed by August 31, 2026.[2]

IT IS SO ORDERED.

Dated: August 27, 2026

Nancy J. Koppe
United States Magistrate Judge

[1] The Court liberally construes the filings of *pro se* litigants, particularly those who are prisoners bringing civil rights claims. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

[2] The Court notes Plaintiff's reference to defense counsel going out on medical leave. *See* Docket No. 72 at 3. It also appears, however, that others in her office are covering the case in her absence. *See id.*