**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Jeff Glover,<br>Plaintiff(s),<br>v.<br>C/O Canute C. Brown, et al.,<br>Defendant(s). | Case No. 2:24-cv-00596-JAD-NJK<br>**ORDER**<br>[Docket Nos. 71, 72] |

Pending before the Court is Plaintiff's motion to extend the discovery cutoff. Docket No. 72.[1] Defendants filed a notice of non-opposition. Docket No. 74. For good cause shown, the Court **GRANTS** the motion to extend the discovery cutoff. Docket No. 72. Deadlines are **RESET** as follows:

- Defense discovery cutoff: closed
- Plaintiff's discovery cutoff: October 11, 2026
- Discovery motions: October 25, 2026
- Dispositive motions: November 10, 2026
- Joint proposed pretrial order: December 10, 2026, or 30 days after resolution of dispositive motions

In addition to the above, the Court **DENIES** as moot Plaintiff's motion to extend the time to seek an extension. Docket No. 71.

IT IS SO ORDERED.

Dated: September 1, 2026

Nancy J. Koppe
United States Magistrate Judge

[1] The Court liberally construes the filings of *pro se* litigants, particularly those who are prisoners bringing civil rights claims. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013). Plaintiff's motion at times raises issues beyond an extension request, *see, e.g.*, Docket No. 72 at 4-5, but the Court does not herein opine on any other issue, *cf.* Local Rule IC 2-2(b).