**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Jeff Glover,

Plaintiff(s),

v.

C/O Canute C. Brown, et al.,

Defendant(s).

Case No. 2:24-cv-00596-JAD-NJK

**ORDER**

[Docket No. 76]

Pending before the Court is Plaintiff's motion for copies. Docket No. 76. Plaintiff is primarily seeking a copy of his motion to compel discovery. *See id.* at 1, 2 (referencing a motion to compel filed on August 25, 2026). The Court has not located any such motion to compel on the docket, so that aspect of the motion is **DENIED**. Plaintiff also asks for a "case summary," which the Court construes as seeking a copy of the docket sheet. Plaintiff is advised moving forward that he is not generally entitled to free copies from the Court. *See, e.g.*, *Johnson v. Moore*, 948 F.2d 517, 521 (9th Cir. 1991). Nonetheless, as a one-time courtesy, this aspect of the motion is **GRANTED**. The Clerk's Office is **INSTRUCTED** to send Plaintiff a copy of the docket.

IT IS SO ORDERED.

Dated: September 28, 2026

Nancy J. Koppe
United States Magistrate Judge