**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Jeff Glover,

Plaintiff(s),

v.

C/O Canute C. Brown, et al.,

Defendant(s).

Case No. 2:24-cv-00596-JAD-NJK

**ORDER**

[Docket Nos. 78, 80]

Pending before the Court is Plaintiff's motion to compel discovery, Docket No. 78, along with Plaintiff's motion to withdraw that motion and extend the deadline to file a discovery motion, Docket No. 80.[1] Following Plaintiff's filing of the motion to compel, Defendants provided further discovery and Defendants have also offered to continue conferring on any lingering disputes. *See* Docket No. 79 at 2. In light of the circumstances, the Court **GRANTS** the motion to withdraw, Docket No. 80, and **DENIES** as moot the motion to compel. The parties must immediately commence further conferral efforts. The Court also **RESETS** case management deadlines as follows:

- Discovery cutoff: closed
- Discovery motions: November 23, 2026
- Dispositive motions: December 10, 2026
- Joint proposed pretrial order: January 12, 2027, or 30 days after resolution of dispositive motions

[1] The Court liberally construes the filings of *pro se* litigants, particularly those who are prisoners bringing civil rights claims. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

The Court is not inclined to extend these deadlines further, so the parties must take all reasonable steps to meet the deadlines as set forth above.

IT IS SO ORDERED.

Dated: November 2, 2026

______________________________
Nancy J. Koppe
United States Magistrate Judge